# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 17-1198
_____

A.H., a minor, By next friend Savanna Cobb; B.H., a minor, By next friend Nicole Smith; Caitlin Dickerson; Brenda Parrish

Plaintiffs - Appellants

v.

St. Louis County, Missouri; Herbert Bernsen, in his individual capacity; Wendy Magnoli, in her individual capacity; Lauren Abate, in her individual capacity

Defendants - Appellees

Jon Belmar, in his individual capacity

_____

No: 17-1393
_____

A.H., next friend Savannah Cobb; B.H., next friend Nicole Smith; Caitlin Dickerson

Plaintiffs - Appellants

v.

St. Louis County, Missouri

Defendant - Appellee

_____

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:14-cv-02069-CEJ)
(4:16-cv-00509-CDP)
_____

**JUDGMENT**

Before LOKEN, BEAM and KELLY, Circuit Judges.

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

June 04, 2018

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
            /s/ Michael E. Gans