# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 17-1198

A.H., a minor, by next friend Savanna Cobb, et al.

Appellants

v.

St. Louis County, Missouri, et al.

Appellees

Jon Belmar, in his individual capacity

No: 17-1393

A.H., next friend Savannah Cobb, et al.

Appellants

v.

St. Louis County, Missouri

Appellee

_____

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:14-cv-02069-CEJ)
(4:16-cv-00509-CDP)
_____

**MANDATE**

In accordance with the opinion and judgment of 06/04/2018, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

June 28, 2018

Clerk, U.S. Court of Appeals, Eighth Circuit